1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ROBIN ROSCULETE, | No. 2:21-cv-02837-FMO-MARx |
| Plaintiffs, | [~~PROPOSED~~] |
| v. | **PROTECTIVE ORDER** |
| UNITED STATES OF AMERICA, | Honorable Margo A. Rocconi |
| Defendant. | United States Magistrate Judge |

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that the Protected Material, as defined in the Stipulation, may be disclosed by the parties to this action and used pursuant to and in accordance with the stipulation.

DATED: 11/02/21

Honorable Margo A. Rocconi
United States Magistrate Judge

1